No. 262. GOODALL-SANFORD, INC., v. UNITED TEXTILE WORKERS OF AMERICA, A. F. L. LOCAL 1802, ET AL. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit granted limited to questions

1, 2, 3, 4, and 7 as set out in the petition for writ of certiorari and to the question raised by the respondent, namely, the appealability of an order granting specific performance of an arbitration covenant. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Douglas M. Orr* and *William B. Mahoney* for petitioner. *Arthur J. Goldberg, David E. Feller* and *Sidney W. Wernick* for respondents.